## HENRY M. BALAVENDER ET AL. *v.* LEONARD C. PARE

The plaintiffs' petition for certification for appeal from the Appellate Court, 44 Conn. App. 924 (AC 15647), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Steven W. Varney* and *Robert T. Rimmer*, in support of the petition.

*Edward T. Lynch, Jr.*, in opposition.

Decided May 29, 1997

CRAIG MUNZER ET AL. *v.* SMS ASSOCIATES ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 44 Conn. App. 926 (AC 15652), is denied.

*Karen L. Murdoch* and *Wesley W. Horton*, in support of the petition.

*Jeffrey N. Low*, in opposition.

Decided May 29, 1997

DOUGLASS B. WRIGHT *v.* TOWN OF OLD SAYBROOK

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 926 (AC 15978), is denied.